# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Yesica Paola Delvalle, <br><br> Debtor. | Case No. 25-11282-AMC <br> Chapter 13 |

## Order Granting Motion to Extend the Automatic Stay

**AND NOW**, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Yesica Paola Delvalle, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).


Date:

_____
Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court