**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Yesica Paola Delvalle, <br><br>                          Debtor. | Case No. 25-11282-AMC <br> Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: April 3, 2025

*/s/ Michael A. Cibik*

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Bank/The Childrens Place
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenitybank/New York
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Credit Karma/Credit Builder
Attn: Bankruptcy
1100 Broadway .Ste 1800
Oakland, CA 94607

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

FirstPoint
Attn: Bankruptcy
225 Commerce Place
Greensboro, NC 27401

Hy Cite Enterprises, LLC.
Attn: Bankruptcy
3252 Pleasant View Road
Middleton, WI 53562-4840

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Macy's/ DSNB
Atytn: Bankruptcy 701 E. 60th Street North
Sioux Falls, SD 57104

Padgett Law Group
Attn: Bankruptcy
700 Darby Rd
Havertown, PA 19083-4600

PECO
2301 Market St
Philadelphia, PA 19103

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

PGW
Legal - Bankruptcy Unit
800 W. Montgomery Avenue Dept. 3rd Floor
Philadelphia, PA 19122

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Shellpoint Mortgage Servicing
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603-0675

Syncb/Toys R Us
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

T Mobile/T-Mobile USA Inc
c/o AIS InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118