# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Yesica Paola Delvalle,<br><br>Debtor. | Case No. 25-11282-AMC<br>Chapter 13<br>SSN: xxx-xx-7465 |

**Debtor's Motion to Pay Trustee by Wage Attachment**

Debtor Yesica Paola Delvalle, by and through her attorney, hereby asks this Court to enter an order directing her employer to attach her wages to fund the chapter 13 plan in the form of order attached.

Date: April 3, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com