**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Yesica Paola Delvalle, | Case No. 25-11282-AMC |
| | Chapter 13 |
| Debtor. | SSN: xxx-xx-7465 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Yesica Paola Delvalle, it is hereby **ORDERED** that:

1.   Debtor's employer, UPS ("the employer") shall pay $325.00 directly from each of her regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

>    Scott F. Waterman, Chapter 13 Trustee
>    P.O. Box 680
>    Memphis, TN 38101

2.   The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3.   This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4.   This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:

Honorable Ashely M. Chan
Chief Judge, United States Bankruptcy Court

CC: UPS
Garnishment Department
636 E Sandy Lake Rd
Coppell, TX 75019