**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| YESICA PAOLA DELVALLE ) | CASE NO.: 25-11282-AMC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE ASHELY M. CHAN |
| ) | |
| MCLP ASSET COMPANY, INC., ) | |
| ) | |
| CREDITOR, ) | |
| ) | |
| YESICA PAOLA DELVALLE, ) | |
| DEBTOR AND SCOTT F. WATERMAN, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc., by and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 7th day of April 2025

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 7th day of April 2025.

*DEBTOR*
YESICA PAOLA DELVALLE
2114 E CLEARFIELD ST
PHILADELPHIA, PA 19134-3746

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

                                                /s/ Joshua I. Goldman, Esq
                                                Joshua I. Goldman, Esq
                                                Pennsylvania Bar # 205047
                                                PADGETT LAW GROUP
                                                6267 Old Water Oak Road, Suite 203
                                                Tallahassee, FL 32312
                                                (850) 422-2520 (telephone)
                                                (850) 422-2567 (facsimile)
                                                josh.goldman@padgettlawgroup.com
                                                *Counsel for Creditor*