| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-11282-AMC**

Yesica Paola Delvalle  
2114 E Clearfield St  
Philadelphia  PA   19134-3746

Petition Filed Date: 04/01/2025  
341 Hearing Date: 06/13/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/2025 | $636.00 | | 06/27/2025 | $636.00 | | 07/29/2025 | $636.00 | |

**Total Receipts for the Period:  $1,908.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,908.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $29.70 | $0.00 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 02S | Secured Creditors | $492.65 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 02U | Unsecured Creditors | $7,075.47 | $0.00 | $0.00 |
| 4 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $31,015.22 | $0.00 | $0.00 |
| 5 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 004 | Secured Creditors | $30,159.01 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 005 | Unsecured Creditors | $202.00 | $0.00 | $0.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $345.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11282-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,908.00 | Current Monthly Payment: | $656.00 |
| Paid to Claims: | $0.00 | Arrearages: | $656.00 |
| Paid to Trustee: | $104.94 | Total Plan Base: | $39,300.00 |
| Funds on Hand: | $1,803.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.