**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Yesica Paola Delvalle,<br><br>                            Debtor. | Case No. 25-11282-AMC<br>Chapter 13 |

**Certificate of Service**

     I, Michael A. Cibik, certify that on September 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

     I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: September 15, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**MCLP Asset Company, Inc.**
c/o NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826
Method of Service: CM/ECF

**Philadelphia Gas Works**
800 W Montgomery Ave 3F
Philadelphia, PA 19122
Method of Service: First Class Mail

**Ally Bank**
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Method of Service: First Class Mail