United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11282-amc |
| Yesica Paola Delvalle | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 09, 2025 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Yesica Paola Delvalle, 2114 E Clearfield St, Philadelphia, PA 19134-3746 |
| 14993492 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14993496 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14993502 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15034740 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 00:23:25 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15035549 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 00:34:26 | Ally Bank Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15017212 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 00:23:37 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14993477 | | Email/Text: ally@ebn.phinsolutions.com | Oct 10 2025 00:12:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15043467 | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14993479 | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14993483 | | Email/Text: bankruptcy@creditkarma.com | Oct 10 2025 00:12:00 | Credit Karma/Credit Builder, Attn: Bankruptcy, 1100 Broadway .Ste 1800, Oakland, CA 94607 |
| 14993478 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 00:23:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14993480 | | Email/Text: bankruptcy@philapark.org | Oct 10 2025 00:12:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14993481 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2025 00:12:00 | Comenity Bank/The Childrens Place, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14993482 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 10 2025 00:12:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14993484 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 10 2025 00:23:47 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14993489 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 25-11282-amc   Doc 46   Filed 10/11/25   Entered 10/12/25 00:39:21   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: 155 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 10 2025 00:23:50 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14993485 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Oct 10 2025 00:12:00 | FirstPoint, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 14993486 | | Email/Text: bankruptcynotices@hycite.com | Oct 10 2025 00:12:00 | Hy Cite Enterprises, LLC., Attn: Bankruptcy, 3252 Pleasant View Road, Middleton, WI 53562-4840 |
| 14993487 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 00:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14993488 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 00:35:24 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14996504 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15017023 | | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2025 00:12:00 | MCLP Asset Company, Inc. c/o NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville SC 29603-0826 |
| 14995723 | | Email/Text: bkecf@padgettlawgroup.com | Oct 10 2025 00:12:00 | MCLP Asset Company, Inc, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312 |
| 14993490 | | Email/Text: bkecf@padgettlawgroup.com | Oct 10 2025 00:12:00 | Padgett Law Group, Attn: Bankruptcy, 700 Darby Rd, Havertown, PA 19083-4600 |
| 14993491 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 10 2025 00:12:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14993495 | ^ | MEBN | Oct 10 2025 00:10:15 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14993493 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14993494 | ^ | MEBN | Oct 10 2025 00:10:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14999012 | ^ | MEBN | Oct 10 2025 00:10:18 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14993497 | | Email/Text: bankruptcy@philapark.org | Oct 10 2025 00:12:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14993498 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 10 2025 00:12:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14993499 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2025 00:23:36 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14993500 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 10 2025 00:23:38 | T Mobile/T-Mobile USA Inc, c/o AIS InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14993501 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 10 2025 00:12:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 09, 2025 | Form ID: 155 | Total Noticed: 35

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor MCLP Asset Company Inc. Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Yesica Paola Delvalle help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Yesica Paola Delvalle            Case No. 25−11282−amc

    Debtor(s).            Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 8, 2025            For The Court

           Ashely M. Chan  
           Chief Judge, United States Bankruptcy Court