Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Yesica Paola Delvalle
2114 E Clearfield St
Philadelphia, PA 19134-3746

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11282-AMC**

Petition Filed Date: 04/01/2025
341 Hearing Date: 06/13/2025
Confirmation Date: 10/08/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/04/2025 | $656.00 | | 09/29/2025 | $656.00 | | 10/27/2025 | $663.00 | |
| 12/02/2025 | $663.00 | | 12/30/2025 | $663.00 | | 01/28/2026 | $663.00 | |
| 02/27/2026 | $663.00 | | 03/27/2026 | $663.00 | | 04/27/2026 | $663.00 | |
| 06/02/2026 | $663.00 | | 06/29/2026 | $663.00 | | 07/27/2026 | $663.00 | |

**Total Receipts for the Period: $7,942.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,835.00 | $3,835.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $29.70 | $0.00 | $29.70 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 02S | Secured Creditors | $492.65 | $72.90 | $419.75 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 02U | Unsecured Creditors | $7,075.47 | $0.00 | $7,075.47 |
| 4 | NEWREZ LLC D/B/A<br>»» 003 | Mortgage Arrears | $31,015.22 | $5,187.15 | $25,828.07 |
| 5 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 005 | Unsecured Creditors | $202.00 | $0.00 | $202.00 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $345.99 | $57.89 | $288.10 |
| 8 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | COMENITY BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT KARMA ATTN BANKRUPTCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | FIRST POINT COLLECTION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | HYCITE SERV ROYAL PRESTIGE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11282-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MACYS/DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PECO ENERGY COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TMOBILE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,850.00 | Current Monthly Payment: | $663.00 |
| Paid to Claims: | $9,152.94 | Arrearages: | $670.00 |
| Paid to Trustee: | $687.60 | Total Plan Base: | $39,692.00 |
| Funds on Hand: | $9.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.