**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| **IN RE:**<br>**YESICA PAOLA DELVALLE,**<br><br>**DEBTOR.**<br><br>**NEWREZ LLC AS SERVICER FOR MCLP ASSET COMPANY, INC.,**<br><br>**CREDITOR.**<br><br>**YESICA PAOLA DELVALLE, DEBTOR,**<br>**GEORGE SERRANO, CO-DEBTOR,**<br>**AND SCOTT F. WATERMAM, TRUSTEE,**<br><br>**RESPONDENTS.** | **CASE NO.: 25-11282-AMC**<br>**CHAPTER 13**<br>**JUDGE ASHELY M. CHAN** |

**ORDER**

AND NOW, this _______day of ___________, 2026 at Phildelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the property described as 2114 East Clearfield Avenue, Philadelphia, Pennsylvania 19134 (“Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff’s Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

______________________________

BJ.

*DEBTOR*
YESICA PAOLA DELVALLE
2114 E CLEARFIELD ST
PHILADELPHIA, PA 19134-3746

*CO-DEBTOR*
GEORGE SERRANO
2114 E CLEARFIELD STREET
PHILADELPHIA, PA 19134

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV