**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Yesica Paola Delvalle,<br><br>Debtor. | Case No. 25-11282-AMC<br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Yesica Paola Delvalle, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under Chapter 13 on April 1, 2025.
2. The trustee in this case is Scott F. Waterman.
3. The plan was confirmed on October 9, 2025.
4. Creditor MCLP Asset Company, Inc. has filed a Motion for Relief From the Automatic Stay post-confirmation.
5. A stipulation settling the motion will soon be filed, and the Debtor wants to amend their plan to roll in the post-petition arrears per the stipulation's terms.
6. The proposed plan rolls the post-petition arrears into the plan, increasing the Debtor's monthly plan payments going forward.
7. A Supplement to Schedule J has already been filed at ECF No. 52 to show feasibility.
8. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 53 as the new confirmed plan.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in their favor as may be necessary and proper under the law.

Date: November 11, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com